JASON GREEN, ADMINISTRATOR,

v.

CHARLES B. SMITH.

*Practice—Reversal under Rule 30.*

This court reverses the judgment of the court below *pro forma,* the appellee having failed to file his brief.

[Opinion filed August 26, 1886.]

APPEAL from the Circuit Court of Douglas County; the Hon. J. F. HUGHES, Judge, presiding.

Mr. C. W. WOOLVERTON, for appellant.

*Per Curiam.* No briefs having been filed by the appellee, under rule 30, the judgment of the court below will be reversed and the cause remanded.

*Reversed and remanded.*